**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7667**

———————

IRA WAYNE MADISON,

Plaintiff - Appellant,

and

KEITH WILLIAM DEBLASIO; DONALD WELLS; S. BATTS; D. WILSON; D. MCBRIDE; JOHN HARRIS; ERIC HOBBS; NASH; DONALD WAYNE PEERY; KEVIN A. EGGLESTON; STEVEN C. WHISENANT; WALTER EPPS; WESLEY HAMMOND; CLARENCE W. TERRY; THOMAS ALEXANDER; DERRICK K. JONES,

Plaintiffs,

versus

GENE M. JOHNSON, Deputy Director, Virginia Department of Corrections; RON ANGELONE, Director, Virginia Department of Corrections; W. P. ROGERS, Regional Director, Virginia Department of Corrections; C. D. LARSON, Warden, Lunenburg Correctional Center; CAROL F. WALLACE, Associate Warden of Operations, Lunenburg Correctional Center; JERRY R. TOWNSEND, Major, Lunenburg Correctional Center; sued in their individual and official capacities; VIRGINIA DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

KAREEM HARRIS,

Movant.

No. 00-7668

IRA WAYNE MADISON,

                              Plaintiff - Appellant,

          versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections; GENE JOHNSON, Director,
Virginia Department of Corrections; DAVID A.
GARRAGHTY, Warden, G.R.C.C.; G.R.C.C. STAFF
AND SECURITY,

                              Defendants - Appellees.

KAREEM HARRIS,

                              Movant.

Appeals from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Claude M. Hilton, Chief District
Judge. (CA-99-1818-AM, CA-99-1859-AM)

Submitted: May 29, 2001                    Decided: June 18, 2001

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ira Wayne Madison, Appellant Pro Se. Pamela Anne Sargent, Assis-
tant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ira Wayne Madison appeals from the district court's order granting summary judgment in favor of the Defendants in his civil action challenging Division Operating Procedure 864, a prison grooming policy requiring that male inmates' hair not be more than one inch in thickness/depth and prohibiting beards. We have reviewed the record and the district court's opinion, along with Madison's allegations of error, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Madison v. Johnson</u>, No. CA-99-1818-AM, and <u>Madison v. Angelone</u>, No. CA-99-1859-AM (E.D. Va. filed Oct. 25, 2000; entered Oct. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>